**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-25518-CIV-ALTONAGA/Reid**
**CASE NO. 26-25939-CIV-ALTONAGA/Reid**

**ROBERT RAMKISSOON,** *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

**LENNAR CORPORATION**, *et al.*,

Defendants.
_____________________________________/

**JAMIE TODD**, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

**LENNAR CORPORATION**, *et al.*,

Defendants.
_____________________________________/

# ORDER

**THIS CAUSE** came before the Court *sua sponte*. Federal Rule of Civil Procedure 42 authorizes the Court to "consolidate [] actions" if they "involve a common question of law or fact[.]" Fed. R. Civ. P. 42(a) (alterations added). The above-listed cases are proposed class actions against Defendants Lennar Mortgage, LLC and Lennar Corporation for damages arising out of the alleged breach of data security and theft of Plaintiffs' personally identifiable information. (*Compare Ramkissoon v. Lennar Corp.*, No. 26-cv-25518, Class Action Compl. . . . [ECF No. 1] filed Aug. 14, 2026 (S.D. Fla. 2026), *with Todd v. Lennar Corp.*, No. 26-cv-25939, Class Action

Compl. [ECF No. 1] filed Aug. 28, 2026 (S.D. Fla. 2026)). Consolidation of these cases is therefore appropriate to avoid unnecessary duplication of the parties' and judicial labor and effort.

Accordingly, it is

**ORDERED** that Case Number 26-cv-25939 is **CONSOLIDATED** with Case Number 26-cv-25518 for all purposes. The Clerk of Court shall **CLOSE** Case Number 26-cv-25939. All future filings in these related actions shall be made under **Case Number 26-cv-25518** only.

**DONE AND ORDERED** in Miami, Florida, this 15th day of September, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record